UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 06 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

　　　　　　Plaintiff - Appellant,

　v.

SOUTHWESTERN FURNITURE OF
WISCONSIN, LLC, a Wisconsin LLC,
DBA Ashley Furniture Homestores,

　　　　　　Defendant - Appellee.

No. 10-16457

D.C. No. 2:08-cv-00927-JAT
U.S. District Court for Arizona,
Phoenix

**MANDATE**

The judgment of this Court, entered October 12, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court
/s/
Theresa Benitez
Deputy Clerk